MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 MAR 15 AM 11: 18
U.S. BANKRUPTCY COURT
ST PAUL, MN

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Sanns, Michelle**                                Chapter 7 Case No. **07-34364**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Target National Bank<br>C/o Weinstein & Riley<br>PO Box 3978<br>Seattle, WA 98124-3978 | 2 | $328.82 | $3.68 |
| Waste Management<br>2421 W Peoria Ave Ste 110<br>Phoenix AZ 85029 | 3 | $322.67 | $3.61 |

Dated:   March 12, 2010

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111